IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ODELL DOBBS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-584-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner

Odell Dobbs' motion for post conviction relief under 28 U.S.C. § 2255 for his failure to

show that he was provided ineffective assistance by his trial counsel or that he was

unable to understand what was being said to him.


_Peter Oppeneer_

Peter Oppeneer, Clerk of Court

FEB - 7 2011

Date